AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case: 1:21−mj−00491 |
| | ) | Assigned To : Meriweather, Robin M. |
| | ) | Assign. Date : 6/22/2021 |
| | ) | Description: Complaint w/ Arrest Warrant |
| LOIS LYNN MCNICOLL | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                                    Lois Lynn McNicoll                                    ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1), (2)—Knowingly Entering or Remaining in any Restricted Building or Grounds Without
            Lawful Authority
40 U.S.C. § 5104(e)(2)(D), (G)—Violent Entry and Disorderly Conduct on Capitol Grounds

Date:     June 23, 2021                                    2021.06.23
                                                           13:28:38 -04'00'
                                                    _____
                                                    *Issuing officer's signature*

City and state:     Washington, D.C.                Robin M. Meriweather, U.S. Magistrate Judge
                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 6/23/21 , and the person was arrested on *(date)* 6/28/21 |
| at *(city and state)* Industry, CA . |
| Date: 6/28/21                                    _____ |
|                                                 *Arresting officer's signature* |
|                                                 SA Daniel Dales |
|                                                 *Printed name and title* |