CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
LILLIAN CHU (Bar No.279095)
(E-Mail:  LILLIAN_CHU@fd.org)
Deputy Federal Public Defender
411 W. Fourth St., Suite 7110
Santa Ana, California 92701
Telephone:  (714) 338-4500
Facsimile:  (714) 338-4520

Attorneys for Defendant
Lois Lynn McNicoll

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LOIS LYNN McNICOLL,<br><br>　　　　　Defendant. | Case No. 1:21-MJ-00491-RMM<br><br>**NOTICE OF APPEARANCE** |

　　　Deputy Federal Public Defender Lillian Chu, enters her Notice of Appearance on behalf of Defendant .

　　　Please make all necessary changes to the court's Case  Management/Electronic Case Filing System to accurately reflect this assignment and to ensure that defense counsel receives all notifications relating to filings in this case.

　　　.

|  |  |
|---|---|
|  | Respectfully submitted,<br>CUAUHTEMOC ORTEGA<br>Federal Public Defender |
| DATED: 6/29/2021 | By   s/ *Lillian Chu*<br>Lillian Chu<br>Deputy Federal Public Defender |

1