















USCH 01 Crypt East
01/06/2021 20:03:30





USCH 01 Crypt East
01/06/2021 20:03:37



USCH 01 Crypt East
01/06/2021 20:04:19



USCH 01 Crypt East
01/06/2021 20:04:49



USCH 01 Crypt East
01/06/2021 20:07:01



USCH 01 Crypt East
01/06/2021 20:10:12



USCH 01 Crypt East
01/06/2021 20:10:19



USCH 01 Crypt East
01/06/2021 20:10:56



USCH 01 Crypt East
01/06/2021 20:11:20



USCH 01 Crypt East
01/06/2021 20:14:32



USCH 01 Crypt East
01/06/2021 20:15:07



USCH 01 Crypt East
01/06/2021 20:15:11



USCH 01 Crypt East
01/06/2021 20:15:33



USCH 01 Crypt East
01/06/2021 20:15:45



USCH 01 Crypt East
01/06/2021 20:15:58



USCH 01 Crypt East
01/06/2021 20:16:00



USCH 01 Crypt East
01/06/2021 20:16:27



USCH 01 Crypt East
01/06/2021 20:16:42



USCH 01 Crypt East
01/06/2021 20:16:53



USCH 01 Crypt East
01/06/2021 20:17:13



USCH 01 Crypt East
01/06/2021 20:17:27



USCH 01 Crypt East
01/06/2021 20:17:36



USCH 01 Crypt East
01/06/2021 20:17:46



USCH 01 Crypt East
01/06/2021 20:18:18



USCH 01 Crypt East
01/06/2021 20:18:29



USCH 01 Crypt East
01/06/2021 20:19:31



USCH 01 Crypt East
01/06/2021 20:19:48



USCH 01 Crypt East
01/06/2021 20:20:20



USCH 01 Crypt East
01/06/2021 20:23:14



USCH 01 Crypt East
01/06/2021 20:25:29



USCH 01 Crypt East
01/06/2021 20:25:41



USCH 01 Crypt East
01/06/2021 20:28:52



USCH 01 Crypt East
01/06/2021 20:32:22



USCH 01 Crypt East
01/06/2021 20:32:49





USCH 01 Memorial Door
01/06/2021 20:33:13



USCH 01 Memorial Door
01/06/2021 20:33:28







USCH 01 Memorial Door Exterior
01/06/2021 20:33:54